STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOHN ANTHONY SINNOTT, DEFENDANT-PETITIONER.

See same case below: 43 *N. J. Super.* 1.

*Mr. Matthew Grayson* and *Mr. Ira D. Dorian* for the petitioner.

*Mr. H. Russell Morss, Jr.,* and *Mr. Hyman Isaac* for the respondent.

February 11, 1957.  Granted.